FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

97 MAY 30 AM 11:55

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

MAY 3 0 1997

| | |
|---|---|
| BAKER SAND & GRAVEL, INC., an Alabama Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CV-96-1485-NE |
| CDI INVESTIGATIONS, INC., et al., | ) ) ) ) |
| Defendants. | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
CONCERNING DEFAULT BY DEFENDANTS CDI INVESTIGATIONS, INC.
AND STATEWIDE INVESTIGATIONS**

Based on the written motion of plaintiff, supported by affidavit, the Court makes the following Findings of Facts and Conclusions of Law:

Findings of Fact

1. The Summons and Complaint were served upon defendants CDI Investigations, Inc. and Statewide Investigations on October 23, 1996.

2. More than 20 days have elapsed since defendants CDI Investigations, Inc. and Statewide Investigations were served with process, and its officers have failed to answer or otherwise defend the allegations in plaintiff's complaint.

3. Defendants CDI Investigations, Inc. and Statewide Investigations are not infants or incompetents persons, nor are the defendants members in active service of the Armed Forces of the United States.

Conclusions of Law

Based on the foregoing Findings of Fact, plaintiff **BAKER, SAND & GRAVEL, INC.** is entitled to a Default Judgment against defendants **CDI INVESTIGATIONS, INC.** and **STATEWIDE INVESTIGATIONS**.

By separate order, Default Judgment in favor of the plaintiff shall be entered against these defendants.

DONE this 30th day of May, 1997.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON
